# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MATTHEW KINERSON,

    *Plaintiff*

v.

SPOKANE COUNTY, DEPUTY TIMOTHY JONES, DEPUTY JEFFREY THURMAN, and CORPORAL JUSTIN ELLIOTT,

    *Defendant*

Civil Action No.  2:14-CV-216-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment was granted by The Honorable Justin L. Quackenbush.  Judgment is entered on behalf of all Defendants against Plaintiff.  Plaintiff's Amended Complaint and the claims therein are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  June 30, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*

Penny Lamb